H. SINCLAIR KERR, JR. (61713)
ADRIAN J. SAWYER (203712)
CHEROKEE D.M. MELTON (243265)
**KERR & WAGSTAFFE LLP**
100 Spear Street, Suite 1800
San Francisco, CA 94105–1528
Telephone: (415) 371-8500
Fax: (415) 371-0500
sawyer@kerrwagstaffe.com

WILLIAM M. LAWSON (*pro hac vice*)
CHRISTOPHER M. SANDERS (*pro hac vice*)
**THE LOWENBAUM PARTNERSHIP, LLC**
222 S. Central Ave., Suite 901
Clayton, MO 63105
Telephone: (314) 863-0092
Fax: (314) 746-4848
csanders@lowenbaumlaw.com

Attorneys for Defendant
LAIRD TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIK SCHUBERT,<br><br>           Plaintiff,<br><br>     vs.<br><br>LAIRD TECHNOLOGIES, INC., and DOES 1 to 100, inclusive,<br><br>           Defendants. | Case No. CV 09 3703<br><br>**STIPULATION TO ENLARGE TIME TO RESPOND TO THE COMPLAINT [CIV. L.R. 6-1(a)]** |

CASE NO. CV 09 3703                                                              STIPULATION FOR ENLARGEMENT OF TIME

**STIPULATION TO ENLARGE TIME PURSUANT TO CIV. L.R. 6-1(a)**

WHEREAS, Plaintiff Henrik Schubert ("Plaintiff") filed a First Amended Complaint with this Court on November 20, 2009;

WHEREAS, Defendant Laird Technologies, Inc. ("Defendant") is required to file its Answer to the First Amended Complaint on or before December 10, 2009;

WHEREAS, the parties have stipulated to a seven (7) day extension of time for Defendant to file its Answer;

WHEREAS, this extension of time will not alter any date or deadline already fixed by order of the Court.

IT IS THEREFORE AGREED that Defendant shall be granted a seven (7) day enlargement of time to file its Answer to Plaintiff's First Amended Complaint. Defendant's Answer must therefore be filed on or before December 17, 2009.

**IT IS SO STIPULATED.**

DATED: December 10, 2009        **THE LOWENBAUM PARTNERSHIP, LLC**

                                By:    s/ Christopher M. Sanders
                                       CHRISTOPHER M. SANDERS

                                Attorneys for Defendant
                                LAIRD TECHNOLOGIES, INC.

DATED: December 10, 2009        **KERR & WAGSTAFFE LLP**

                                By:    s/ Cherokee D. M. Melton
                                       CHEROKEE D. M. MELTON

                                Attorneys for Defendant
                                LAIRD TECHNOLOGIES, INC.

DATED: December 10, 2009        **BRADLEY, CURLEY, ASIANO**

                                By:    s/ Sheryl Land
                                       SHERYL LAND

                                Attorneys for Plaintiff
                                Henrik Schubert

---

CASE NO. CV 09 3703                          1                    STIPULATION FOR ENLARGEMENT OF TIME

1   I, Cherokee D. M. Melton, am the ECF User whose ID and password are being used to
2 file this Stipulation To Enlarge Time to Respond to Complaint.  In compliance with General
3 Order 45, X.B., I hereby attest that Christopher M. Sanders, counsel for Defendant, and Sheryl
4 Land, counsel for Plaintiff, have concurred in this filing.

DATED:  December 10, 2009

**KERR & WAGSTAFFE LLP**

By:   s/ Cherokee D. M. Melton
CHEROKEE D. M. MELTON

Attorneys for Defendant
LAIRD TECHNOLOGIES, INC.

Dated: 12/11/9



2

CASE NO. CV 09 3703                                    STIPULATION FOR ENLARGEMENT OF TIME