BERNADETTE BANTLY
**BRADLEY, CURLEY, ASIANO,**
**BARRABEE & GALE, P.C.**
1100 Larkspur Landing Circle, Ste. 200
Larkspur, CA 94939
Telephone: (415) 464-8888
Fax: (415) 464-8887
bbantly@professionals-law.com

Attorneys for Plaintiff
HENRIK SCHUBERT

WILLIAM M. LAWSON (*pro hac vice*)
CHRISTOPHER M. SANDERS (*pro hac vice*)
**THE LOWENBAUM PARTNERSHIP, LLC**
222 S. Central Ave., Suite 901
Clayton, MO 63105
Telephone: (314) 863-0092
Fax: (314) 746-4848
csanders@lowenbaumlaw.com

Attorneys for Defendant
LAIRD TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRIK SCHUBERT,<br><br>    Plaintiff,<br><br>vs.<br><br>LAIRD TECHNOLOGIES, INC., and DOES 1 to 100, inclusive,<br><br>    Defendants. | Case No. CV-09-3703-SC<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER THEREON** |

COME NOW Plaintiff and Defendant, by and through their attorneys, and hereby jointly stipulate to the following:

1. On January 11, 2010, this Court entered a Case Management Pre-Trial Order establishing the following deadlines: (1) mediation to occur within 90 days of the Court's Order; (2) Plaintiff and Defendant limited to three depositions before the next case management conference; (3) an updated joint case management conference statement to be filed by April 9, 2010; and (4) further case management conference set for April 16, 2010 at 1:30 p.m.

2. Consistent with the Court's Case Management and Pre-Trial Order, the parties engaged in written discovery and Plaintiff has taken the depositions of two defense witnesses and commenced the deposition of a third. In addition, the parties have scheduled Plaintiff's deposition for March 25, 2010 and the conclusion of the third defense witness' deposition for March 26, 2010.

3. One of the issues in the case is whether or not Defendant had a sufficient number of employees within 75 miles of the location at which Plaintiff was employed, thereby invoking coverage under both the Family and Medical Leave Act and the California Family Rights Act. Plaintiff has sought this discovery from Defendant since early in this case.

4. Although Defendant has participated in discovery in good faith and has diligently attempted to obtain payroll records from prior payroll companies utilized by Defendant's entities, or their predecessors, the process of gathering such information has proven to be significantly more time consuming than initially thought. To that end, Defendant anticipates it will be able to produce the relevant information to Plaintiff during the week of March 22, 2010.

5. Due to the delay in providing the requested information to Plaintiff, the parties will be unable to complete, within the timeframe provided by the Court's initial Case Management and Pre-Trial Order, the depositions both parties agree are necessary in order for mediation to be of value.

6. The parties are optimistic that a 30 day extension of the deadlines set forth in the Court's initial Case Management and Pre-Trial Order will provide sufficient time for the parties

to exchange relevant discovery, complete the remaining depositions needed in order for the mediation to be of benefit and complete the mediation.

7. Accordingly, the parties respectfully request that the Court extend the deadlines set forth in the January 11, 2010 Case Management and Pretrial Order as follows: extend the deadline to complete mediation to May 12, 2010; extend the deadline to submit an updated Joint Case Management Conference Statement to May 14, 2010; and change the date of the next Case Management Conference to May 18, 2010 or later.

DATED: 3/23/10

By: /s/ William M. Lawson
WILLIAM M. LAWSON
Attorney for Defendant
LAIRD TECHNOLOGIES, INC.

By: /s/ Bernadette Bantly
BERNADETTE BANTLY
Attorney for Plaintiff
HENRIK SCHUBERT

Pursuant to the Joint Stipulation of the parties, the Case Management and Pre-Trial Order entered January 11, 2010 is amended as follows:

1. This case has been referred to the Court's ~~EDR~~ ADR Program for mediation, which mediation shall occur on or before May 12, 2010;

2. An updated Joint Case Management Conference statement shall be due by May 14, 2010; and

3. A further Case Management Conference shall be set on or after May ~~18, 2010~~ 21, 2010, at 1:30 PM.

IT IS ~~SO ORDERED~~ on this __23__ day of March, 2010:

IT IS SO ORDERED AS MODIFIED
Judge Joseph C. Spero

_____
Judge

2