

William M. Lawson
314.746.4875
wlawson@lowenbaumlaw.com

July 12, 2010

Honorable Joseph C. Spero
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

    Re:   *Henrik Schubert v. Laird Technologies, Inc.*
           Case No. CV-09-3703-~~SC~~ JCS
           Our File No. LRD-0005

Dear Judge Spero:

    This firm represents the Defendant, Laird Technologies, Inc., in the above-referenced matter. This case is set for a further Case Management Conference on Friday, July 23, 2010.

    I am writing pursuant to Local Rule 16-10 and the Court's Order, to request permission for myself to appear by telephone at the Case Management Conference, in order to avoid the additional time and expense of travel from St. Louis.

    In the event this request is granted, I will be contactable beginning at 1:30 p.m. on July 23, 2010, at my office number: (314) 746-4875.

    Thank you very much for your consideration.

Dated: July 19, 2010

IT IS SO ORDERED
Judge Joseph C. Spero

Very truly yours,

William M. Lawson

WML/kds

cc:    Bernadette Bantly, Esq.          H. Sinclair Kerr, Jr.
       Bradley Curley Asiano Barrabee   Adrian J. Sawyer
         & Gale PC                        Cherokee D.M. Melton
       1100 Larkspur Landing Circle,     Kerr & Wagstaffe LLP
       Suite 200                          100 Spear Street, Suite 1800
       Larkspur, CA 94939            San Francisco, CA 94105-1528

222 South Central Avenue, Suite 901, St. Louis, MO 63105
Phone 314.863.0092    Fax 314.746.4848
www.lowenbaumlaw.com

{00136870.1}