

THE **LOWENBAUM** PARTNERSHIP, L.L.C.

William M. Lawson
314.746.4875
wlawson@lowenbaumlaw.com

September 3, 2010

Honorable Joseph C. Spero
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

    Re: *Henrik Schubert v. Laird Technologies, Inc.*
          Case No. CV-09-3703-SC
          Our File No. LRD-0005

Dear Judge Spero:

    This firm represents the Defendant, Laird Technologies, Inc., in the above-referenced matter. This case is set for a further Case Management Conference on Friday, September 10, 2010.

    I am writing pursuant to Local Rule 16-10 and the Court's Order, to request permission for myself to appear by telephone at the Case Management Conference, in order to avoid the additional time and expense of travel from St. Louis.

    In the event this request is granted, I will be contactable beginning at 1:30 p.m. on September 10, 2010, at my office number: (314) 746-4875.

    Thank you very much for your consideration.

Dated: 9/7/10

*IT IS SO ORDERED*
Judge Joseph C. Spero

Very truly yours,

William M. Lawson

WML/kds

cc:   Bernadette Bantly, Esq.            H. Sinclair Kerr, Jr.
     Bradley Curley Asiano Barrabee   Adrian J. Sawyer
       & Gale PC                          Cherokee D.M. Melton
     1100 Larkspur Landing Circle,     Kerr & Wagstaffe LLP
     Suite 200                              100 Spear Street, Suite 1800
     Larkspur, CA 94939               San Francisco, CA 94105-1528