ARTHUR W. CURLEY
ANN M. ASIANO
STEVEN D. BARRABEE
ADAM S. ABEL
ERIC A. GALE
MICHAEL KOWALSKI, D.D.S.
KEVIN M. SMITH
ROBERT W. MARCHI
MICHAEL A. KING
SHERYL LAND
MARK R. GIBSON
LOREN B. HOPKINS
CAROLYN A. GYERMEK*
JORDAN M. GREEN
LISA H. TERAMISCO**

*Of Counsel*

FREDERICK W. BRADLEY
BERNADETTE M. BANTLY
PATRICIA H. PERRY

* ALSO ADMITTED IN COLORADO
* ALSO ADMITTED IN TEXAS & ARKANSAS



**BRADLEY CURLEY ASIANO**
**BARRABEE & GALE PC**

- A PROFESSIONAL CORPORATION -

1100 LARKSPUR LANDING CIRCLE
SUITE 200
LARKSPUR, CA 94939

TELEPHONE (415) 464-8888
FACSIMILE (415) 464-8887
WWW.PROFESSIONALS-LAW.COM

REPLY TO:

▶ LARKSPUR

SAN FRANCISCO
One Embarcadero Center
Fifth Floor
San Francisco, CA 94111

SACRAMENTO
980 Ninth Street
Sixteenth Floor
Sacramento, CA 95814

LOS ANGELES
6080 Center Drive
Sixth Floor
Los Angeles, CA 90045

August 12, 2010

*Via E-Mail Only*
Honorable Joseph C. Spero
United States District Court
Northern District of California
San Francisco Division
450 Golden Gate Avenue
Courtroom A, 15th Floor
San Francisco, CA 94102

Re:  *Henrik Schubert v Laird*
Our File No.: 7632-Schubert
*Case No: CV-09-3703-SC*

Dear Judge Spero:

This firm represents plaintiff Henrik Schubert in the above referenced matter. The case is scheduled for a further Case Management Conference today, September 10th at 1:30 p.m.

I am experiencing car troubles and cannot personally appear at the Case Management Conference.

I am requesting to appear via ATT Conference Call. The dial in number is 877-322-9648 and the access code is 338043.

Thank you,

Dated: 9/10/10

Very truly yours,

**BERNADETTE BANTLY**

IT IS SO ORDERED
Judge Joseph C. Spero

BB/spc
cc: William M. Lawson, Esq.